GEORGE A. ACERO (SBN: 226709)
**ACERO LAW**
331 J St. #200
Sacramento, CA 95814
Telephone: (916) 382-9215
E-mail: gacerolaw@outlook.com

Attorneys for Plaintiff Marina Ortiz

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, SB# 224285
 E-Mail: Jeffrey.Ranen@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DEREK S. SACHS, SB# 253990
 E-Mail: Derek.Sachs@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant Compass Bank

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARINA ORTIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>COMPASS BANK, and DOES 1 THROUGH 100, INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:18-cv-00884-JAM-EFB<br><br>Judge:    The Hon. John A. Mendez<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

Pursuant to the Parties' Joint Stipulation Amending the Pretrial Scheduling Order, the Court hereby adopts the Parties' proposed amended schedule as follows:

1.     Disclosure of expert witnesses: continued from March 15, 2019 to September 13, 2019.

4841-9014-8752.1

[PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER

2. Supplemental disclosure of expert witnesses: continued from March 29, 2019 to September 20, 2019.

3. Discovery cutoff: continued from May 17, 2019 to November 8, 2019.

4. Dispositive motion filing: continued from June 18, 2019 to January 28, 2020.

5. Dispositive motion hearing: continued from July 16, 2019, at 1:30 p.m., to February 25, 2020, at 1:30 p.m..

6. Joint pretrial statement: continued from August 23, 2019 to March 27, 2020.

7. Final pretrial conference: continued from August 30, 2019, at 11:00 a.m. to April 3, 2020, at 11:00 a.m..

8. Jury trial: continued from October 21, 2019, at 9:00 a.m. to May 4, 2020, at 9:00 a.m.

IT IS SO ORDERED.

DATED: March 29, 2019 /s/ John A. Mendez

U. S. District Court Judge

LEWIS BRISBOIS